Mary E. McCutcheon (State Bar No. 099939)
Patrick R. McKinney (State Bar No. 215228)
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
MICHAEL L. KORBHOLZ, as Trustee for the
WALDMAN CHILDREN'S TRUST

Samuel H. Ruby (State Bar No. 191091)
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
Telephone: (415) 352-2700
Facsimile: (415) 352-2701

Attorneys for Defendant
GREAT-WEST LIFE & ANNUITY INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL L. KORBHOLZ, as Trustee for the WALDMAN CHILDREN'S TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado Corporation,<br><br>Defendant. | Case No. C 03-03792 JSW<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO PARTICIPATE IN ADR** |

The parties conducted their initial ADR conference with Cathy Yanni, a mediator at JAMS, on March 22, 2005. The parties suggested at that time, and Ms. Yanni concurred, that further mediation or other ADR efforts would not be productive until the Court issues its order in the pending Motion for Summary Judgment or Alternatively, Summary Adjudication of Issues (Defendant's) and Motion for Partial Summary Judgment (Plaintiff's), which were heard on

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER REGARDING
EXTENSION OF TIME TO PARTICIPATE IN
ADR, Case No. C 03-03792 JSW

18104\794814.1

January 14, 2005. Accordingly, the parties stipulate and request that this court issue an order that the deadline for completing ADR be extended for a period of forty-five (45) days after the court issues its order in this matter.

DATED: May 12, 2005  FARELLA BRAUN & MARTEL LLP

By: /s/
Mary E. McCutcheon
Attorneys for Plaintiff
MICHAEL L. KORBHOLZ, as Trustee for
the WALDMAN CHILDREN'S TRUST

DATED: May 12, 2005  BULLIVANT HOUSER BAILEY PC

By: /s/
Samuel H. Ruby
Attorneys for Defendant
GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY

GOOD CAUSE APPEARING IT IS SO ORDERED.

DATED: May 12, 2005  /s/ Jeffrey S. White
Judge for the Northern District Court

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER REGARDING
EXTENSION OF TIME TO PARTICIPATE IN
ADR, Case No. C 03-03792 JSW

- 2 -

18104\794814.1