1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

MICHAEL L. KORBHOLZ,

10

        Plaintiff,

No. C 03-03792 JSW

11

  v.

**ORDER OF REFERRAL FOR
SETTLEMENT CONFERENCE**

12

GREAT-WEST LIFE & ANNUITY
INSURANCE COMPANY,

13
14

        Defendant.

15

_____/

16

     Pursuant to Northern District Civil Local Rule 72-1, this matter is HEREBY

17

REFERRED to a randomly assigned Magistrate Judge for a settlement conference to be

18

completed by April 24, 2008.

19

     **IT IS SO ORDERED.**

20
21

Dated:  January 28, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

22
23

cc:    Wings Hom

24
25
26
27
28