Mary E. McCutcheon (State Bar No. 099939)
Patrick R. McKinney (State Bar No. 215228)
Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-Mail: pmckinney@fbm.com

Attorneys for Plaintiff
MICHAEL L. KORBHOLZ, as Trustee for the
WALDMAN CHILDREN'S TRUST

Samuel H. Ruby (State Bar No. 191091)
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
Telephone:    (415) 352-2700
Facsimile:    (415) 352-2701
E-Mail: samuel.ruby@bullivant.com

Attorneys for Defendant GREAT-WEST LIFE &
ANNUITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL L. KORBHOLZ, as Trustee for the WALDMAN CHILDREN'S TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY,<br><br>Defendant. | Case No.: 03 3792 JSW<br><br>[PROPOSED]<br><br>**ORDER UPON STIPULATION SETTING BRIEFING SCHEDULE AND HEARING DATE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Following the most recent case management conference, the Court ordered the parties to a settlement conference and (if the case did not settle) to submit a proposed briefing schedule for cross-motions for summary judgment. The parties duly participated in a settlement

conference, but it did not result in a settlement. Since then, the parties have exchanged documents and have met and conferred regarding cross-motions. Having compared their calendars, the parties submit the following stipulation and proposed order.

## STIPULATION

1. Plaintiff shall file his motion for summary judgment on or before June 13, 2008.

2. Defendant shall file its combined (a) opposition to plaintiff's motion, and (b) cross-motion for summary judgment on or before June 27, 2008.

3. Plaintiff shall file his combined (a) reply in support of his motion for summary judgment, and (b) opposition to defendant's cross-motion for summary judgment on or before July 11, 2008.

4. Defendant shall file its reply in support of its cross-motion for summary judgment on or before July 25, 2008.

5  The parties request that the motions be set for hearing on August 8, 2008. If that date is not convenient for the Court, the parties alternatively request a hearing on August 22, 2008. Counsel for both parties are unavailable on August 15, 2008.

DATED: May 16, 2008                          BULLIVANT HOUSER BAILEY PC

                                             By _____/S/_____
                                                Samuel H. Ruby

                                             Attorneys for Defendant
                                             GREAT-WEST LIFE & ANNUITY
                                             INSURANCE COMPANY

DATED: May 16, 2008                          FARELLA BRAUN & MARTEL LLP

                                             By _____/S/_____
                                                Patrick R. McKinney

                                             Attorneys for Plaintiff
                                             MICHAEL L. KORBHOLZ, as Trustee for
                                             the WALDMAN CHILDREN'S TRUST

**ORDER**

1.  Plaintiff shall file his motion for summary judgment on or before June 13, 2008.

2.  Defendant shall file its combined (a) opposition to plaintiff's motion, and (b) cross-motion for summary judgment on or before June 27, 2008.

3.  Plaintiff shall file his combined (a) reply in support of his motion for summary judgment, and (b) opposition to defendant's cross-motion for summary judgment on or before July 11, 2008.

4.  Defendant shall file its reply in support of its cross-motion for summary judgment on or before July 25, 2008.

5.  The parties shall notice their motions for hearing on August 22, 2008, at 9:00 a.m.

IT IS SO ORDERED.

Dated: May 16, 2008

_____
United States District Court Judge
Jeffrey S. White

6091644.1

– 3 –
ORDER UPON STIPULATION RE BRIEFING SCHEDULE