| | |
|---|---|
| 1 | Mary E. McCutcheon (State Bar No. 099939) |
| 2 | Patrick R. McKinney (State Bar No. 215228)<br>Farella Braun & Martel LLP |
| 3 | Russ Building, 30th Floor<br>235 Montgomery Street |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 954-4400 |
| 5 | Facsimile: (415) 954-4480 |
| 6 | Attorneys for Plaintiff<br>MICHAEL L. KORBHOLZ, as Trustee for the |
| 7 | WALDMAN CHILDREN'S TRUST |
| 8 | Samuel H. Ruby (State Bar No. 191091)<br>Bullivant Houser Bailey PC |
| 9 | 601 California Street, Suite 1800<br>San Francisco, CA 94108 |
| 10 | Telephone: (415) 352-2700<br>Facsimile: (415) 352-2701 |
| 11 | Attorneys for Defendant |
| 12 | GREAT-WEST LIFE & ANNUITY INSURANCE<br>COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL L. KORBHOLZ, as Trustee for the WALDMAN CHILDREN'S TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado Corporation,<br><br>Defendant. | Case No. C 03-03792 JSW<br><br>**STIPULATION AND ORDER CONTINUING FURTHER HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Farella Braun & Martel LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING FURTHER HEARING DATE ON CROSS-MOTIONS, Case No. C 03-03792 JSW

18104\1773585.1

The parties have received the Court's Order Setting Further Hearing on Cross-Motions for Summary Judgment on Remedies and Notice of Tentative Ruling Theron dated November 25, 2008, setting this matter for a further hearing on the motions on December 19, 2008 at 9:00 a.m. Due to the unavailability of Plaintiff's counsel, the parties stipulate and request that the Court continue the further hearing date on the motions to January 16, 2009 at 9:00 a.m. or a date thereafter that is convenient for the Court's calendar.

DATED: December 1, 2008

FARELLA BRAUN & MARTEL LLP

By: /s/
Patrick R. McKinney
Attorneys for Plaintiff
MICHAEL L. KORBHOLZ, as Trustee for the WALDMAN CHILDREN'S TRUST

DATED: December 1, 2008

BULLIVANT HOUSER BAILEY PC

By: /s/
Samuel H. Ruby
Attorneys for Defendant
GREAT-WEST LIFE & ANNUITY INSURANCE COMPANY

GOOD CAUSE APPEARING IT IS SO ORDERED.

DATED: December 2, 2008

_____
Hon. Jeffrey S. White
Judge for the Northern District Court

STIPULATION AND ORDER CONTINUING FURTHER HEARING DATE ON CROSS-MOTIONS, Case No. C 03-03792 JSW

- 2 -

18104\1773585.1